**HIRSCH ADELL (CSB 34208)**
E-Mail: hirscha@rac-law.com
**WILLIAM SHEH (CSB 221275)**
E-Mail: williams@rac-law.com
**NATALIA BAUTISTA (CSB 245669)**
E-Mail: nataliab@rac-law.com
**REICH, ADELL & CVITAN**
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD L. WOODS, JR., on behalf of Writers' Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan,<br><br>Plaintiff,<br><br>vs.<br><br>THE KOREAN WAR 3D MOVIE, LLC, a California limited liability company; and JOHN KIM also known as CHANG KIM, an individual,<br><br>Defendants. | CASE NO. CV 13-9031-JFW (MRWx)<br><br>HONORABLE JOHN F. WALTER<br><br>JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT |

  Pursuant to a stipulation between Plaintiff, WILLARD L. WOODS JR., on behalf of the Writers' Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan, and defendants THE KOREAN WAR 3D MOVIE, LLC, a California limited liability company and JOHN KIM also known as CHANG KIM, an individual, providing for the entry of judgment according to the terms of the stipulation,

- 1 -

#265452.1 – Proposed Judgment

GOOD CAUSE APPEARING, IT IS SO ORDERED.

JUDGMENT is entered in favor of plaintiff WILLARD L. WOODS JR., on behalf of the Writers' Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan and against defendants THE KOREAN WAR 3D MOVIE, LLC, a California limited liability company and JOHN KIM also known as CHANG KIM, an individual pursuant to 29 U.S.C. § 1132(g)(2), for the principal sum of $62,741.42 (Sixty Two Thousand Seven Hundred and Forty One Dollars and Forty Two Cents);

Defendants shall make payment of $48,746.21 (Forty Eight Thousand Seven Hundred Forty Six Dollars and Twenty One Cents) as follows:

Defendants will make payment of $5,000.00 (Five Thousand Dollars) by April 30, 2014;

Defendants will make payment of $10,000.00 (Ten Thousand Dollars) by May 31, 2014;

Defendants will make payment of $5,000.00 (Five Thousand Dollars) by June 30, 2014;

Defendants will make payment of $5,000.00 by July 31, 2014;

Defendants shall make payment of $23,746.21 by August 31, 2014.

Should defendant fail to make timely payment of any of the above referenced payments, the entire outstanding amount shall become immediately due.

#265452.1 – Proposed Judgment

In the event of a default in the payments as hereinabove set forth, a writ of execution may issue without notice or hearing.

The Court shall retain jurisdiction over the parties to enforce this judgment until there is full performance of the terms hereof.

SO ORDERED.

DATE: April 3, 2014

_____
HONORABLE JOHN F. WALTER
United States District Court Judge

#265452.1 – Proposed Judgment